# United States District Court
## Violation Notice

CR20-90045 MISC
CVB Location Code: CN 41
SK

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6721236 | VASEY A | 2085 |

6721236

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 2/5/2019 1130
Offense Charged: ☐ CFR ☒ USC ☐ State Code
18 USC 113(A)(5)

Place of Offense: 795 WILLOW RD. MENLO PARK CA 94025 - BUILDING 321

Offense Description: Factual Basis for Charge    HAZMAT ☐

SIMPLE ASSAULT - SUBJECT GRABBED ANOTHER BY THE ARM FORCEFULLY CAUSING BRUISING.

**FILED**
JAN 14 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

### DEFENDANT INFORMATION

Phone: [REDACTED]

Last Name: NEWTSON
First Name: JOEL
M.I.:

**VEHICLE**   VIN:                                   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____  Forfeiture Amount
+ $30  Processing Fee

PAY THIS AMOUNT → $ _____  Total Collateral Due

CVB SCAN 04/15/2019 10:11

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: *J. Newton* (signature)

(Rev. 09/2015)    Original - CVB Copy